No. 88–526. MOODY *v.* EMPIRE LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–528. WILKES *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 88–536. SCULLIN *v.* MARSTEN. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 88–543. HARRIS *v.* SAMSON, DEPUTY DISTRICT ATTORNEY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–544. HARDEN *v.* PAUL ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–545. HILL-DUNNING *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–555. MYERS, GUARDIAN AD LITEM *v.* LEWIS; and
No. 88–683. LEWIS *v.* LEWIS. Ct. App. Mich. Certiorari denied.

No. 88–565. COWHERD, SECRETARY, KENTUCKY CABINET FOR HUMAN RESOURCES *v.* DOE, BY HIS MOTHER AND NEXT FRIEND, DOE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–572. BARBIZON CORP. *v.* ILGWU NATIONAL RETIREMENT FUND ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–573. PHILLIPS *v.* TOTCO, DIVISION OF BAKER INTERNATIONAL CORP., ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–578. PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., ET AL. *v.* HUGHES. C. A. 2d Cir. Certiorari denied.

No. 88–579. ONEIDA MOTOR FREIGHT, INC. *v.* UNITED JERSEY BANK. C. A. 3d Cir. Certiorari denied.